David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 10-28660 WTT |
|---|---|
| BRANDON TYLER QUIGLEY, | Chapter 7 |
| Debtor. | |

**DEPOSIT OF UNCLAIMED FUNDS**

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amount listed below represents unclaimed funds payable to the court pursuant to §347 of the Bankruptcy Code and Bankruptcy Rule 3010.

2. The following check was issued to the Debtor for portion of tax refund that the Debtor is entitled to keep.

The check was not cashed and the Trustee has stopped payment on it:

    Check No. 1001 dated 3/15/11    Brandon Tyler Quigley    $5.91
                                               1856 North 1910 West
                                               St. George, UT 84770

3. A check in the amount of $5.91, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 30th day of June 2011.

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 30th day of June, 2011.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Brandon Tyler Quigley
Debtor
1856 North 1910 West
St. George, UT 84770

Robert Fugal
Bird & Fugal
Attorney for Debtor
384 East 720 South, Suite 201
Orem, UT 84058

_David C. West_
David C. West